UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WEDRIA LONG,

        Plaintiff,

v.

ANNAE SANDERS, ET AL.,

        Defendants.
                                                 /

No. 09-11021

District Judge Arthur J. Tarnow

Magistrate Judge R. Steven Whalen

## ORDER DENYING MOTION TO APPOINT COUNSEL

Plaintiff, a *pro se* litigant in this civil rights action brought under 42 U.S.C. §1983, has filed a motion for appointment of counsel [Docket #49].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after all motions to dismiss or motions for summary judgment have been denied. A motion for summary judgment is presently pending. [Docket #40]. At this stage of the proceedings, Plaintiffs' request for counsel is premature.

Accordingly, Plaintiffs' Motion to Appoint Counsel [Docket #49] is DENIED WITHOUT PREJUDICE.

-1-

SO ORDERED.

```
                                    S/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE
```

Dated:  June 14, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 14, 2010.

```
                                    S/G. Wilson
                                    Judicial Assistant
```